ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MIGUEL PANTOJA-BELTRAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  CRF 07-00095 OWW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| MIGUEL PANTOJA-BELTRAN, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that Sentencing scheduled for December 15, 2008 be continued until January 5, 2009 at 8:30 a.m. in the above-entitled court.

Any Formal Objections to be filed on behalf of defendant must be submitted to the court by December 1, 2008.  Government's response to Defendant's Formal Objections must be submitted to the court by December 15, 2008.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  November 25, 2008        /s/ Karen Escobar                                  ___
                                 Karen Escobar
                                 Assistant United States Attorney
                                 **This was agreed to by Ms. Escobar via telephone, on November 25, 2008**

1

1  DATED:  November 25, 2008        /s/ Roger K. Litman
2                                    ROGER K. LITMAN
                                     Attorney for Defendant
3                                    MIGUEL PANTOJA-BELTRAN

6  **ORDER**

7  The court having considered the stipulation of the parties and GOOD CAUSE
8  APPEARING, the court now orders that the sentencing currently scheduled for
9  December 15, 2008 be continued to January 5, 2009 at 8:30 a.m.
10 IT IS SO ORDERED.

11 **Dated:   November 25, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE